# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 11, 2025

_____

## RESPONSE REQUESTED
_____

No. 24-1383, <u>Zachary Hebb v. City of Asheville, North Carolina</u>
1:22-cv-00222-MR-WCM

TO: Zachary Hebb, City of Asheville, North Carolina

RESPONSE DUE: **August 21, 2025**

Please respond to the petition for rehearing en banc on or before August 21, 2025. The response may not exceed 3900 words.

Richard H. Sewell, Deputy Clerk
804-916-2702