FILED: October 24, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1383
(1:22-cv-00222-MR-WCM)

_____

ZACHARY HEBB

        Plaintiff - Appellee

v.

CITY OF ASHEVILLE, NORTH CAROLINA; BEN WOODY, individually and in his official capacity as Director of Development Services Department for City of Asheville, North Carolina

        Defendants - Appellants

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk